STATE OF NEW JERSEY v. STANLEY SIMMONS.

February 27, 1979. Petition for certification denied.

JANICE H. LEVIN v.
TOWNSHIP OF PARSIPPANY-TROY HILLS.

February 27, 1979. Leave to appeal granted. (See 164 *N. J. Super.* 409)

GEORGE KRYRIAKOPOULOS v. JAMES CORODEMUS.

February 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. PAUL AUGE.

February 27, 1979. Petition for certification denied.

HUGO SANTORA v. EMERSON W. LARSON, JR.

February 27, 1979. Petition for certification denied.

LINDEN HILL APARTMENTS, INC. v.
DIRECTOR, DIVISION OF TAXATION.

February 27, 1979. Petition for certification denied.